# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **JASON SPOONER,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 08-262-P-S |
| | ) | |
| **DAN EGAN and EEN, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 21, 2009, his Recommended Decision (Docket No. 69). Defendants filed their Objection to the Recommended Decision (Docket No. 73) on August 5, 2009. Plaintiff filed his Response to Defendants' Objection to the Recommended Decision (Docket No. 78) on August 17, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion Entry of Default Judgment (Docket No. 55) is **DENIED**.

      3.      It is hereby **ORDERED** that Plaintiff's Motion for Sanctions (Docket No. 54) is **GRANTED IN PART** as more specifically set forth in the Magistrate Judge's Recommended Decision.  The recommendation of the Magistrate Judge is fully adopted.

                                                /s/George Z. Singal_____
                                                U.S. District Judge

Dated:  August 19, 2008