**Exhibit B**

# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| JASON SPOONER, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>)<br>EEN, Inc. )<br>)<br>and )<br>)<br>DAN EGAN, individually )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 2:08-cv-262 |

### AFFIDAVIT OF KATHRYN K. ROWEN, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Kathryn K. Rowen, Esq., being duly sworn, hereby depose and state:

1. I have personal knowledge of all the matters discussed in this affidavit. I make this affidavit on my own knowledge, information and belief.

2. I am an attorney in Portland, Maine, who has been licensed to practice in the state and federal courts of Maine, and the state courts of Connecticut for the last five years.

3. I currently practice law at Taylor, McCormack & Frame, LLC, located at 4 Milk Street in Portland, Maine.

4. I have specialized in litigation since 2005, defending and initiating a wide variety of claims including copyright and other intellectual property actions.

5. Recent federal intellectual property litigation has included the instant copyright case, <u>H-D Michigan, LLC, et al. v. Pat Hannon</u> (CV-09-378-P-S)(trademark litigation) and <u>Danforth</u>

<u>Desena, D.P.M and Solstice Corporation v. Beekley Corporation</u> (CV-09-352-P-H)(patent litigation).

5.	My current hourly rate ranges from $175-$200 per hour.  My rate for the instant case was $175 per hour.

6.	This hourly rate reflects the prevailing market rate in Portland, Maine for similar services by lawyers of reasonably comparable skill, experience and reputation.

7.	My time entries contained in Plaintiff's Contemporaneous Billing Records filed with the Court are a true and accurate reflection of the time I spent on the corresponding work.

8.	All time entries contained in Plaintiff's Contemporaneous Billing Records were recorded contemporaneously using our firm's billing software.

9.	In reviewing the time spent litigating this matter, I excluded any time that appeared duplicative or excessive.

Dated: June 11, 2010	/s/ Kathryn K. Rowen
	Kathryn K. Rowen, Esq. Bar # 10010


STATE OF MAINE
CUMBERLAND, ss.

	Personally appeared before me the above-named Kathryn K. Rowen, Esq. who made oath that the statements made in her affidavit are made upon her own knowledge and are true and correct.


	/s/ Anne E. Phillips
	Notary Public/~~Attorney at Law~~
	My Commission Expires 8/19/2016