**Exhibit C**

# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| JASON SPOONER, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>EEN, Inc. )<br>)<br>and )<br>)<br>DAN EGAN, individually )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 2:08-cv-262 |

### AFFIDAVIT OF ADAM S. TAYLOR, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Adam S. Taylor, Esq., being duly sworn, hereby depose and state:

1. I have personal knowledge of all the matters discussed in this affidavit. I make this affidavit on my own knowledge, information and belief.

2. I am an attorney in Portland, Maine, who is licensed to practice in the state and federal courts of Maine.

3. I am a founding partner of, and currently practice law at, Taylor, McCormack & Frame, LLC, located at 4 Milk Street in Portland, Maine.

4. I represent dozens of Maine-based business and individuals in my practice and, in doing so, provide litigation services. My practice includes matters relative to trademark and copyright law, including, as the case may be, litigating such disputes.

5.      I have been practicing law in Maine for nine years.  Prior to founding Taylor, McCormack & Frame, LLC, I practiced at Verrill Dana, LLP.

6.      My customary hourly rate ranges from $210-$265 per hour.  My rate for the instant case was $210 per hour for 2008.  In January of 2009, my rate increased to $215 per hour.  In January of 2010, my rate increased to $220 per hour.  These hourly rate reflects the prevailing market rates in Portland, Maine for similar services by lawyers of reasonably comparable skill, experience, position, and reputation.

7.      My firm customarily bills senior paralegal (over 20 years of experience) time to hourly fee clients at a rate of $100 per hour.  This hourly rate reflects the prevailing market rate in Portland, Maine for similar services by paralegals of reasonably comparable skill, experience and reputation.

8.      Jason Spooner has been a client of my firm since 2005.

9.      My firm's fee arrangement with Mr. Spooner consists of a hybrid contingency fee agreement recognizing, in part, that attorney's fees and costs are generally awarded to the prevailing party under the Section 505 of the U.S. Copyright Act.

10.     The Contemporaneous Billing Records submitted to this Court is a true and accurate reflection of the time spent litigating the instant matter over the last two years.

10.     In reviewing the time spent litigating this matter, I excluded any time that appeared repetitive or excessive.

11.     All time entries contained in Plaintiff's Contemporaneous Billing Records were recorded contemporaneously using our firm's billing software.

12.     All disbursements listed on pages 58 through 60 of Plaintiff's Contemporaneous Billing Records were recorded contemporaneously using our firm's billing software and accurately reflect the out-of-pocket costs my firm incurred in litigating this matter.


Dated: June 11, 2010                         /s/ Adam S. Taylor
                                             Adam S. Taylor, Esq. Bar # 9078


STATE OF MAINE
CUMBERLAND, ss.

   Personally appeared before me the above-named Adam S. Taylor, Esq. who made oath that the statements made in his affidavit are made upon his own knowledge and are true and correct.

                                             /s/ Anne E. Phillips
                                             Notary Public/~~Attorney at Law~~
                                             My Commission Expires 8/19/2016