# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JASON SPOONER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 2:08-cv-262-GZS ) |
| EEN, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER ON COSTS & ATTORNEYS' FEES

Before the Court is the Stipulation Relating to Plaintiff's Bill of Costs (Docket # 136). In light of this Stipulation, the Court hereby awards costs against Defendants and in favor of Plaintiff totaling $3,413.05. These costs are awarded in addition to the attorneys' fees totaling $98,745.80, which were awarded pursuant to this Court's October 28, 2010 Order on Amended Motion for Attorneys' Fees (Docket # 129). The award of costs and attorneys' fees is in addition to the statutory damages awarded under the Amended Judgment entered on May 12, 2010 (Docket # 121).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 15th day of June, 2011.